IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN RAUPP,<br>      Petitioner,<br><br>  vs.<br><br>FEDERAL BUREAU OF PRISONS,<br>      Respondent | Civil Action No. 06-223 ERIE |

**<u>ORDER</u>**

AND NOW this 13th day of November, 2006, after consideration of the Petitioner's Notice of Appeal of Magistrate's Decision (Doc # 12)

IT IS HEREBY ORDERED that said Notice of Appeal is DENIED

 S/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge

cc: counsel/parties of record  NK