IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN RAUPP, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 06-223 Erie ) |
| FEDERAL BUREAU OF PRISONS, et al., | ) ) |
| Respondents. | ) |

## MEMORANDUM ORDER

This habeas corpus action was received by the Clerk of Court on September 27, 2006, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 8], filed on October 27, 2006, recommended that Petitioner's motion for injunctive relief [Doc. No. 4] be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Respondents. No objections were filed. After de novo review of the motion and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 16th day of November, 2006;

IT IS HEREBY ORDERED that the Petitioner's motion for injunctive relief [Doc. No. 4] is DENIED.

The Report and Recommendation [Doc. No. 8] of Magistrate Judge Baxter, filed on October 27, 2006, is adopted as the opinion of the Court.

s/   Sean J. McLaughlin
United States District Judge

cm:   All parties of record
Susan Paradise Baxter, U.S. Magistrate Judge